# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANNA MARTINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHNSON & JOHNSON, ORTHO-** | ) | **NO. 11-CV-756-WDS** |
| **MCNEIL PHARMACEUTICAL, INC.,** | ) | |
| **and JOHNSON & JOHNSON** | ) | |
| **PHARMACEUTICAL RESEARCH &** | ) | |
| **DEVELOPMENT, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is plaintiff and defendants' joint motion to stay all proceedings pending transfer to multidistrict litigation ("MDL") No. 1943 (Doc. 7). The parties stipulate that this case involves claims that defendants' prescription medication Levaquin caused injury to plaintiff's tendons, and numerous cases with similar claims have been brought against defendants in various district courts in the United States. In June 2008, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order establishing MDL No. 1943, *In re Levaquin Products Liability Litigation*, before the Honorable John R. Tunheim of the United States District Court for the District of Minnesota (Doc. 7, Ex. A).

Defendants note their intention to notify the JPML that this case is a potential "tag-along" action, and they expect the JPML to issue an order transferring this case to MDL No. 1943. The parties believe that staying the action serves the interests of conserving judicial

resources and avoiding duplicative pretrial proceedings.

Upon review of the record and in light of MDL No. 1943 pending in the United States District Court for the District of Minnesota, the motion to stay (Doc. 7) is **GRANTED.** This matter is **HEREBY STAYED** pending further order of this Court. This stay includes any deadlines for filing responsive pleadings, for filing or serving disclosures under Federal Rule of Civil Procedure 26, or for early meetings of counsel. The parties shall promptly notify the Court of any change in the status of this case.

**IT IS SO ORDERED.**

**DATE:**   **September 2, 2011**

**/s/  WILLIAM D. STIEHL**
    **DISTRICT JUDGE**